## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Lyon Financial Services, Inc., a Minnesota a Minnesota Corporation, d/b/a US Bancorp Manifest Funding Services, | Civil No. 09-279 (RHK/SRN) |
| | **ORDER** |
| Plaintiff, | |
| vs. | |
| Barness Papas Investments, LLC, an Arizona Limited Liability Company, Ron N. Barness and Alexander Papakyriakou, individually, | |
| Defendants. | |

_____

The Court, having considered the parties' Stipulation for Dismissal Without Prejudice (Doc. No. 9), **IT IS ORDERED** that all of the Plaintiff's claims against Defendants Barness Papas Investments, LLC, Ron N. Barness and Alexander Papakyriakou are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs, attorney's fees and other expenses of litigation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 29, 2009

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge